# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: 12-05728-hb

**ORDER**

The relief set forth on the following pages for a total of two (2) pages, including this page, is hereby ORDERED.

═══════════════════════════════════════════

**FILED BY THE COURT**
**07/29/2013**



Entered: 07/29/2013

US Bankruptcy Judge
District of South Carolina

# United States Bankruptcy Court
## District of South Carolina

| | |
|---|---|
| IN RE:<br><br>WESLEY EUGENE SMITH<br>CONNIE LYNN SMITH<br>301 LOVES FARM ROAD<br>BLACKSBURG, SC  29702-9570<br><br>　　　　　　　　　　DEBTORS | CASE NO.: 12-05728-hb<br>CHAPTER 13<br><br>CLAIM ORDER |

　　Gretchen D. Holland, Trustee, objected to the Proof of Claim in the amount of  $0.00, filed in the above-entitled case on Tuesday, June 4, 2013, by:

| | |
|---|---|
| Cleveland Regional Medical Center<br>201 East Grover Street<br>Shelby, NC  28150 | Trustee's Claim #: 22 |

　　Following notice to the parties in interest with no objection or response raised, it is ordered that the claim be disallowed.

　　IT IS SO ORDERED.